IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scott, Jody

Printed: 12/10/08

Case Number: 07 B 17791
Judge: Hollis, Pamela S
Filed: 9/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 27, 2008
Confirmed: November 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,819.31 |  |
| Secured: |  | 1,283.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 429.10 |
| Trustee Fee: |  | 106.82 |
| Other Funds: |  | 0.00 |
| Totals: | 1,819.31 | 1,819.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 429.10 |
| 2. | Centrix Financial A/K/A FlatIron Fin | Secured | 18,096.71 | 1,283.39 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Illinois Designated Student Loan | Unsecured | 0.00 | 0.00 |
| 5. | America's Financial Choice Inc | Unsecured | 259.73 | 0.00 |
| 6. | Trinity Hospital | Unsecured | 200.00 | 0.00 |
| 7. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 389.87 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 696.50 | 0.00 |
| 9. | Midwest Physician Group | Unsecured | 1,312.62 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 205.65 | 0.00 |
| 11. | B-Real LLC | Unsecured | 430.00 | 0.00 |
| 12. | Hampton In Highland | Unsecured | 749.95 | 0.00 |
| 13. | Dominican University | Unsecured | | No Claim Filed |
| 14. | Center For Psychological Studies | Unsecured | | No Claim Filed |
| 15. | Heritage Community Bank | Unsecured | | No Claim Filed |
| 16. | Center For Pediatric Gastroenterolo | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | American Family Insurance | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Accounts Receiveable Service | Unsecured | | No Claim Filed |
| 24. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Scott, Jody | Case Number: 07 B 17791 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 9/28/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Payday Loan | Unsecured | | No Claim Filed |
| 32. | National Quick Cash | Unsecured | | No Claim Filed |
| | | | $ 25,805.03 | $ 1,712.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 56.12 |
| 6.5% | 50.70 |
| | $ 106.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

